IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01193-WYD-MJW

JULIE SIGALA,

      Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

      Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 17, 2014, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  July 17, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge